UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAPHAEL EHRENPREIS,<br><br>                    Plaintiff,<br><br>        -against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>                    Defendants. | |

25-CV-8104 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 5, 2026, I ordered the parties to file an update on the status of discovery on the last business day of each month, beginning February 27, 2026. (*See* ECF 23 ¶ 7.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their first joint status update until **March 3, 2026**.

Dated: March 2, 2026
       New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**