UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAPHAEL EHRENPREIS,<br><br>                  Plaintiff,<br><br>    -against-<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>                Defendants. | 25-CV-8104 (JHR) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 5, 2026, I ordered the parties to file an update on the status of discovery on the last business day of each month, including on June 30, 2026. (*See* ECF 23 ¶ 7.) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **July 2, 2026**.

Dated: July 1, 2026
     New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**