UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPHAEL EHRENPREIS,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

25-CV-8104 (JHR) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 5, 2026, I ordered the parties to file an update on the status of discovery on the last business day of each month, including on July 31, 2026. (*See* ECF 23 ¶ 7.) The parties have not complied. Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **August 4, 2026**.

Dated: August 3, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**